■ In the Matter of MARC COURTNEY, Appellant, v ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents. [678 NYS2d 554] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Judgment of Supreme Court, Onondaga County, Hurlbutt, J.—CPLR art 78.) Present—Green, J. P., Lawton, Callahan, Boehm and Fallon, JJ.